IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARK POVIJUA,

    Plaintiff,

v.                                            No. 1:16-cv-01196-MCA-WPL

KENDRICK COSBY, COSBY TRUCKING, INC.,
and J C HUNT COMPANY, INC.

    Defendants.

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

**THIS MATTER** having come before the Court upon the Motion to Dismiss with Prejudice by Plaintiff and Defendants, by and through their undersigned attorneys; the attorneys for the parties having consented to this Order; and the Court being otherwise fully advised,

**FINDS**:

**THAT THE COURT** has jurisdiction over the parties and subject matter and that Plaintiff and Defendants, have mutually and satisfactorily resolved their dispute, making further litigation unnecessary as to Plaintiff's claims against Defendants.

**IT IS THEREFORE ORDERED** that Plaintiff's claims against Defendants, in the above cause of action be and the same hereby are dismissed with prejudice.  Each party is responsible for their own attorney fees and costs.

                                                                 _____
                                                                 M. CHRISTINA ARMIJO
                                                                 UNITED STATES DISTRICT JUDGE

**APPROVED**:

**KELLER & KELLER, LLC**

By <u>Approved via email on April 17, 2017</u>
　　Michael Duran and Bill Russell
　　Attorneys for Plaintiff
　　505 Marquette Ave., N.W., Suite 1300
　　Albuquerque NM 87102
　　505-938-2300　　F 505-938-2301
　　<u>michaeld@2keller.com;</u> <u>brussell@2keller.com</u>

**GALLAGHER, CASADOS & MANN, P.C.**

By <u>/s/ Nathan H. Mann</u>
　　Attorney for Defendants
　　4101 Indian School Rd. N.E., Suite 200N
　　Albuquerque NM 87110
　　505-243-7848　　F 505-764-0153
　　<u>nmann@gcmlegal.com</u>